# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1851-GW-Ex | Date | June 14, 2023 |
|---|---|---|---|
| Title | *Guri Gonzalez v. 7257 Melrose, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 13, 2023, Plaintiff Guri Gonzalez filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for July 17, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 14, 2023.

|  | : |
|---|---|
| Initials of Preparer | JG |